STATE OF FLORIDA, RESPONDENT, AND VAN BENNETT, AS
INTERVENING RESPONDENT, *Appellants*, v HILLSBOROUGH
COUNTY, FLORIDA, CHAS. T. FRIEND, OSCAR AYALA, JOHN
T. GUNN, E. R. CRUM AND W. T. WILLIAMS, CONSTITUT-
ING THE BOARD OF COUNTY COMMISSIONERS OF HILLSBOR-
OUGH COUNTY, FLORIDA, IN AND ON BEHALF AS WELL AS
FOR AND ON BEHALF OF EAST TAMPA SPECIAL ROAD DIS-
TRICT NUMBER 2, HILLSBOROUGH COUNTY, FLORIDA, *Ap-
pellees.*

En Banc.

Decision Filed April 21, 1925.

An Appeal from the Circuit Court for Hillsborough
County; L. L. Parks, Judge.

*Chas. B. Parkhill* and *S. S. Sandford,* for Appellants;

*Mabry, Reaves & Carlton,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said decree; it is, therefore, consid-
ered, ordered and decreed by the Court that the said decree
of the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE, TERRELL
AND STRUM, J. J., concur.